

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE ALVARADO, | § | No. 08-23-00130-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| PATRICIA MONTALBO, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2016CV04373) |

## J U D G M E N T

The Court has considered this cause on Appellant's unopposed motion to dismiss and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of the appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF OCTOBER, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.